AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RCVD USMS M/FL TAMPA
2022 NOV 21 PM 4:04

United States of America
v.

Emilien Camille
*Defendant*

Case No.   8:12-cr-41-VMC-TBM

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Emilien Camille,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: NOV 21 2022

*Issuing officer's signature*

City and state:   Tampa, FL

Elizabeth Warren Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/21/22, and the person was arrested on *(date)* 4/18/24
at *(city and state)* Richmond, VA.

Date: 4/18/24

T. Ringer DVSM
*Arresting officer's signature*

T. Ringer DVSM
*Printed name and title*